# EXHIBIT A

**Exhibit A**

|   | Publisher | Title | Edition | Author | ISBN | Copyright Registration |
|---|---|---|---|---|---|---|
| 1 | Cengage | Clinical Assessment Workbook | 1 | Pomeroy | 9781285748887 | TX 5-663-933 |
| 2 | Cengage | Group Counseling | 8 | Jacobs | 9781305087309 | TX 8-005-993 |
| 3 | Cengage | Groups: Process and Practice | 8 | Corey | 9780495600763 | TX 7-392-312 |
| 4 | Cengage | Organizational Communication | 7 | Miller | 9781285164205 | TX 7-856-524 |
| 5 | Pearson | Ethical, Legal, and Professional Issues in Counseling | 5 | Remley | 9780134061641 | TX 8-122-054 |
| 6 | Pearson | Practical Research | 11 | Leedy | 9780133741322 | TX 8-125-390 |