# EXHIBIT B

# **Exhibit B**

| Publisher | Imprint | Trademark Registration | Trademark Date |
|---|---|---|---|
| Cengage | Brooks Cole | 3,603,376 | 4/7/2009 |
| | | 3,603,349 | 4/7/2009 |
| Cengage | Cengage | 3,603,376 | 4/7/2009 |
| | | 3,603,349 | 4/7/2009 |
| Pearson | Pearson | 2,600,081 | 7/30/2002 |
| | | 2,652,792 | 11/19/2002 |
| | | 2,691,830 | 3/4/2003 |
| | | 2,679,355 | 1/28/2003 |
| | | 2,599,724 | 7/23/2002 |