Karen A. Confoy
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive Building 3
Lawrenceville, NJ 08648
Telephone: (609) 844-3600
Facsimile: (609)896-1469
kconfoy@foxrothschild.com

*Attorney for Plaintiffs Cengage Learning, Inc.
and Pearson Education, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CENGAGE LEARNING, INC. AND PEARSON EDUCATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPALACIAN INC., RK GROUP ASSOCIATES LLC, RAHUL GUPTA, AND STACY IBRAHIM (aka STACY MINI),<br><br>Defendants. | Civil Action No.<br><br>**PLAINTIFFS' RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs Cengage Learning, Inc. and Pearson Education, Inc. state as follows:

1. The nongovernmental corporate party, Cengage Learning, Inc., is not a public company. KKR & Co., L.P., which is publicly traded on the New York Stock Exchange, owns 10% or more of the interest in Cengage Learning, Inc.

2. The nongovernmental corporate party, Pearson Education, Inc., is an indirect, wholly-owned subsidiary of Pearson plc, a U.K. company, which is publicly traded on the London and New York Stock Exchanges.

Dated: February 14, 2017

/s/ Karen A. Confoy
Karen A. Confoy
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive Building 3
Lawrenceville, NJ 08648
Telephone: (609) 844-3600
Facsimile: (609)896-1469
kconfoy@foxrothschild.com

*Of Counsel:*
Matthew J. Oppenheim
Michele H. Murphy
**OPPENHEIM & ZEBRAK, LLP**
5225 Wisconsin Ave, NW, Suite 503
Washington, DC 20015
Telephone: (202)480-2999
michele@oandzlaw.com
matt@oandzlaw.com

*Attorneys for Plaintiffs Cengage Learning, Inc. and Pearson Education, Inc.*