AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __The District of New Jersey__ on the following

◯ Trademarks or  ◉ Patents.  ( ◯ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>2/14/2017 | U.S. DISTRICT COURT<br>The District of New Jersey | |
|---|---|---|---|
| PLAINTIFF<br><br>Cengage Learning, Inc. and Pearson Education, Inc. | | DEFENDANT<br><br>Appalachian Inc., RK Group Associates LLC, Rahul Gupta, and Stacy Ibrahim | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  See Exhibit B. | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>◯ Amendment   ◯ Answer   ◯ Cross Bill   ◯ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1—Upon initiation of action, mail this copy to Director**     **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**     **Copy 4—Case file copy**

# EXHIBIT B

## **Exhibit B**

| Publisher | Imprint | Trademark Registration | Trademark Date |
|---|---|---|---:|
| Cengage | Brooks Cole | 3,603,376 | 4/7/09 |
| | | 3,603,349 | 4/7/09 |
| Cengage | Cengage | 3,603,376 | 4/7/09 |
| | | 3,603,349 | 4/7/09 |
| Pearson | Pearson | 2,600,081 | 7/30/02 |
| | | 2,652,792 | 11/19/02 |
| | | 2,691,830 | 3/4/03 |
| | | 2,679,355 | 1/28/03 |
| | | 2,599,724 | 7/23/02 |